**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JENNIFER HILLMAN** **PLAINTIFF**

**v.** **NO. 4:25-cv-00158-JM**

**FAULKNER COUNTY SHERIFF'S DEPARTMENT., et al.** **DEFENDANTS**

**ORDER**

The Court has been advised that the parties have reached an agreement in this case. The jury trial scheduled for October 19, 2026, is canceled and this case is removed from the trial docket. All pending motions are denied as moot in light of the settlement.

IT IS SO ORDERED this 6th day of October, 2026.

JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE