**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JENNIFER HILLMAN** **PLAINTIFF**

**VS.** **4:25CV000158 JM**

**FAULKNER COUNTY, ARKANSAS** **DEFENDANT**

**ORDER**

The parties' joint motion to dismiss with prejudice, docket # 48, is GRANTED. This case is hereby dismissed with prejudice. The clerk is directed to close the case.

IT IS SO ORDERED this 4th day of November, 2026.

UNITED STATES DISTRICT JUDGE